| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>MILSTEAD & ASSOCIATES, LLC<br>By: Andrew M. Lubin<br>Atty. ID: AL0814<br>1 E. Stow Road<br>Marlton, NJ 08053<br>(856) 482-1400<br>File No. 220691-15<br>Attorneys for Movant: Weichert Financial Services | Order Filed on November 27, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Tina L. Stramaglia | Case No.: 18-21549-KCF<br>Chapter 13<br><br>Hearing Date: November 14, 2018<br>Time: 9:00 AM<br><br>Judge: Kathryn C. Ferguson |

**ORDER RESOLVING**
**MOTION FOR RELIEF FROM AUTOMATIC STAY**

The relief set forth on the following pages, numbered two (2) through four (4) is hereby **ORDERED.**

**DATED: November 27, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Page (2)
Debtors Tina L. Stramaglia
Case No.: 18-21549-KCF
Caption of Order: ORDER RESOLVING MOTION FOR RELIEF FROM AUTOMATIC

Upon the motion of Milstead & Associates, LLC, Attorneys for the Secured Creditor, Weichert Financial Services ("Mortgagee"), under Bankruptcy Code section 362(d) for relief from the Automatic Stay as to certain real property as set forth in the motion papers and the within Order, and the parties, by and through their respective counsel, having consented to the entry of this Order, and for good cause shown, it is ORDERED as follows:

1. The automatic stay as provided for by 11 U.S.C. §362 shall remain in full force and effect conditioned upon the terms and conditions set forth herein.

2. Mortgagee is the holder of a mortgage which is a lien on real property owned by Debtor known as and located at 46 Schaaf Road, Township of Alexandria (Bloomsbury), NJ 08804 (the "Property").

3. The parties certify that there is a post-petition delinquency which is to be cured pursuant to the terms of this Order, said delinquency consisting of the following:

| | |
|---|---|
| 4 Payments: 7/1/18 – 10/1/18 @ $2,391.21 | $9,564.84 |
| Suspense Balance | ($0.00) |
| **Total Post-Petition Arrears** | **$9,564.84** |

4. Commencing on November 1, 2018, Debtor shall resume making regular monthly mortgage payments currently in the amount of $2,391.21, and will pay late charges if applicable.

5. Debtor shall pay the total post-petition arrears of $9,564.84 to Mortgagee on or before November 15, 2018,

Page (3)
Debtors Tina L. Stramaglia
Case No.: 18-21549-KCF
Caption of Order:  ORDER RESOLVING MOTION FOR RELIEF FROM AUTOMATIC

6. All payments should be mailed to Weichert Financial Services, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047.  Debtor shall reference the loan number on any and all payments made pursuant hereto.

7. Should Debtor's regular monthly payment amount change, Debtor shall be notified of such change by Mortgagee, and the monthly payment amount due under the terms of this Order shall change accordingly.

8. In the event that Debtor is in default pursuant to the terms and conditions of this Order for a period of thirty (30) days, or if any of the funds paid fail to clear for insufficient funds or are dishonored for any reason, Secured Creditor may send Debtor and Debtor's Counsel a written notice of default of this Order.  If the default is not cured within ten days of the date of such notice, Mortgagee may obtain an Order Vacating the Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating any such payment(s) more than thirty (30) days in default.  In the event that a notice of default is forwarded, it is agreed that Secured Creditor may file a Certification of Default absent a full cure.

9. Debtors shall reimburse the Movant through their Chapter 13 Plan as an administrative claim, the sum of $531.00 for attorney's fees and costs incurred by Movant in the prosecution of its application for relief from stay.

Case 18-21549-KCF    Doc 25    Filed 11/27/18    Entered 11/27/18 13:36:50    Desc Main
Document    Page 4 of 4

Page (4)
Debtors Tina L. Stramaglia
Case No.: 18-21549-KCF
Caption of Order:  ORDER RESOLVING MOTION FOR RELIEF FROM AUTOMATIC

10. A copy of any Certification of Default and the proposed order must be served upon the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court. A certificate of service shall be filed by counsel for Mortgagee evidencing same.

11. In the event the instant bankruptcy case is converted to a case under Chapter 7, Debtor shall cure the pre-petition and post-petition mortgage arrears within ten (10) days from the date of such conversion. Should Debtor fail to cure said arrears within the ten (10) day period, such failure shall be deemed a default under the terms of this stipulation and Mortgagee may send Debtor and Debtor's counsel a written notice of default. If the default is not cured within ten (10) days from the date of said notice, counsel for Mortgagee may file a Certification of Default with the Court, upon notice to the trustee, Debtor, and Debtor's counsel, and the Court shall enter an Order granting relief from the Automatic Stay as to the Property.