Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.:  18−21549−KCF
        Chapter:  13
        Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Tina L Stramaglia
   46 Schaaf Road
   Bloomsbury, NJ 08804

Social Security No.:
   xxx−xx−9684

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/14/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: January 14, 2019
JAN: bwj

                Jeanne Naughton
                Clerk

```
                           United States Bankruptcy Court
                                District of New Jersey
In re:                                                          Case No. 18-21549-KCF
Tina L Stramaglia                                               Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-3         User: admin                Page 1 of 2          Date Rcvd: Jan 14, 2019
                             Form ID: 148               Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 16, 2019.
db             +Tina L Stramaglia,    46 Schaaf Road,    Bloomsbury, NJ 08804-3319
517577359      +Citibank/Exxon Mobile,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
                 S Louis, MO 63179-0040
517577360      +Citibank/Shell Oil,    Citicorp Srvs/ Centralized Bankruptcy,    Po Box 790040,
                 St Louis, MO 63179-0040
517577371      +Mercantile Adjustment Bureau,    165 Lawrence Bell Dr Ste 100,    Williamsville, NY 14221-7900
517577372      +Raymour & Flanigan,    Attn: Legal Dept,    7248 Morgan Rd,    Liverpool, NY 13090-4535
517609311      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
517577377      +Traf Group Inc/A-1 Collections,    2297 St Hwy 33,    Ste 906,   Hamilton Square, NJ 08690-1717
517646745       UNITED STATES DEPARTMENT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,
                 MADISON, WI 53708-8973
517577378      +Us Dept Of Ed/Great Lakes Higher Educati,    Attn: Bankruptcy,    2401 International Lane,
                 Madison, WI 53704-3121
517577379      +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,   Mason, OH 45040-8053
517577381      +Weichert Finance Ser/d,    1 Corporate Dr,   Lake Zurich, IL 60047-8944
517681201      +Weichert Financial Services,    1 Corporate Drive, Suite 360,    Lake Zurich, IL 60047-8945

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 15 2019 00:27:54     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 15 2019 00:27:51     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517577353      +E-mail/Text: bankruptcycare@affinityfcu.com Jan 15 2019 00:27:29     Affinity Fcu,
                 73 Mountainview Blvd Bld,    Basking Ridge, NJ 07920-2332
517577355      +EDI: BANKAMER.COM Jan 15 2019 04:48:00     Bank Of America,    Nc4-105-03-14,   Po Box 26012,
                 Greensboro, NC 27420-6012
517577356      +EDI: CAPITALONE.COM Jan 15 2019 04:48:00     Capital One,
                 Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517577357      +EDI: CAPITALONE.COM Jan 15 2019 04:48:00     Capital One,    Attn: Bankruptcy,   Po Box 30253,
                 Salt Lake City, UT 84130-0253
517577358      +EDI: CHASE.COM Jan 15 2019 04:48:00     Chase Card,    Attn: Correspondence Dept,  Po Box 15298,
                 Wilmington, DE 19850-5298
517577362       EDI: WFNNB.COM Jan 15 2019 04:48:00     Comenity Bank/Bon Ton,    Attn: Bankruptcy,
                 Po Box 18215,    Columbus, OH 43218
517577361      +EDI: WFNNB.COM Jan 15 2019 04:48:00     Comenity Bank/Bon Ton,    Po Box 182125,
                 Columbus, OH 43218-2125
517577363      +EDI: WFNNB.COM Jan 15 2019 04:48:00     Comenity Bank/Talbots,    Po Box 182125,
                 Columbus, OH 43218-2125
517577366      +EDI: WFNNB.COM Jan 15 2019 04:48:00     Comenity Bank/Victoria Secret,    Attn: Bankruptcy,
                 Po Box 182125,    Columbus, OH 43218-2125
517577368      +EDI: CBSKOHLS.COM Jan 15 2019 04:48:00     Kohls/Capital One,    Kohls Credit,   Po Box 3043,
                 Milwaukee, WI 53201-3043
517577373      +E-mail/Text: bankruptcy@savit.com Jan 15 2019 00:28:39     Savit Coll,    Po Box 250,
                 East Brunswick, NJ 08816-0250
517577374      +EDI: RMSC.COM Jan 15 2019 04:48:00     Synchrony Bank/Gap,    Attn: Bankruptcy,   Po Box 965060,
                 Orlando, FL 32896-5060
517577375      +EDI: RMSC.COM Jan 15 2019 04:48:00     Synchrony Bank/Lowes,    Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
517577367       EDI: TDBANKNORTH.COM Jan 15 2019 04:48:00     Commerce Bank Na,    Td Bank/Attn:Bankruptcy,
                 Po Box 9547,    Portland, ME 04112
517577376       EDI: TFSR.COM Jan 15 2019 04:48:00     Toyota Motor Credit Co,    Toyota Financial Services,
                 Po Box 8026,    Cedar Rapids, IA 52408
517577380      +E-mail/Text: collect@williamsalexander.com Jan 15 2019 00:27:30      Waassociates,   Po Box 2148,
                 Wayne, NJ 07474-2148
                                                                                              TOTAL: 18

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517577354*     +Affinity Fcu,   73 Mountainview Blvd Bld,    Basking Ridge, NJ 07920-2332
517577364*     +Comenity Bank/Talbots,    Po Box 182125,   Columbus, OH 43218-2125
517577365*     +Comenity Bank/Talbots,    Po Box 182125,   Columbus, OH 43218-2125
517577369*     +Kohls/Capital One,    Kohls Credit,   Po Box 3043,   Milwaukee, WI 53201-3043
517577370*     +Kohls/Capital One,    Kohls Credit,   Po Box 3043,   Milwaukee, WI 53201-3043
                                                                                             TOTALS: 0, * 5, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Jan 14, 2019
                              Form ID: 148             Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 14, 2019 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Andrew M. Lubin    on behalf of Creditor    Weichert Financial Services bkecf@milsteadlaw.com,
               alubin@milsteadlaw.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Joseph J Mania, III    on behalf of Debtor Tina L Stramaglia jmbanklaw@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
               kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 6
```